UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LAMON MAXWELL,

        Plaintiff,

   v.

PAUL PENDELTON, et al.,

        Defendants.

NO. CIV. S-06-0013 FCD CMK

ORDER

----oo0oo----

All appearing defendants in this matter, Paul Pendleton and Tammie Pendleton, are appearing in propria persona. Under Local Rule 72-302(c)(21) this matter is REFERRED to Magistrate Judge Craig M. Kellison for all pretrial scheduling and proceedings.

IT IS ORDERED that any hearing date currently set, and any initial scheduling order issued, by the undersigned are **VACATED**.

IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number: CIV S-06-0013 FCD CMK PS.

DATED: May 26, 2006

                                                /s/ Frank C. Damrell Jr.
                                                FRANK C. DAMRELL JR.
                                                United States District Judge