**PETER K. WOLFF, JR. (SBN 142426)**
100 North Wiget Lane, Suite 150
Walnut Creek, CA 94598
Telephone: (925) 930-9550
Facsimile: (925) 930-9588

Attorneys for Fidelity National Title
Company of California and Donna Stefani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMON MAXWELL, | CASE NO. 2:06-CV-00013-FCD-CMK PS |
| Plaintiff, | |
| vs. | **ORDER SETTING ASIDE DEFAULT OF DEFENDANTS FIDELITY NATIONAL TITLE COMPANY OF CALIFORNIA AND DONNA STEFANI** |
| PAUL PENDLETON, TAMMIE PENDLETON, BARTLEY FLEHARTY, DONNA STEFANI, FIDELITY NATIONAL TITLE COMPANY OF CALIFORNIA, DOES 1 through 10, | |
| Defendants. | |

Pursuant to the Stipulation entered by and between Plaintiff LAMON MAXWELL and Defendants FIDELITY NATIONAL TITLE COMPANY OF CALIFORNIA AND DONNA STEFANI, through their respective counsel of record herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defaults entered against said Defendants on or about May 11, 2006 are set aside, and said Defendant shall have 20 days from notice of entry of this order in which to file a response to this Complaint filed herein.

Dated: July 19, 2006

/s/ Frank C. Damrell Jr.
U.S. DISTRICT COURT JUDGE