1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MAXWELL,                                  No. CIV S-06-0013-FCD-CMK

12              Plaintiff,

13        vs.                                   <u>ORDER</u>

14   PENDLETON, et al.,

15              Defendants.

16   _____/

17              On May 26, 2006, the court issued an order referring this matter to the Magistrate

18   Judge pursuant to Eastern District of California Local Rule 72-302(c)(21) because all of the

19   appearing defendants in the action – at that time Paul Pendleton and Tammie Pendleton – were

20   appearing pro se.  Since that order was issued, however, defendants Donna Stefani and Fidelity

21   National Title Company of California have appeared in the action through counsel.  In addition,

22   the Pendleton defendants also now have counsel.  Therefore, no parties to this action are

23   proceeding pro se and the referral to the Magistrate Judge pursuant to Local Rule 72-302(c)(21)

24   is hereby withdrawn.  This matter shall proceed as a counseled civil case.

25   / / /

26   / / /

1         The Honorable Frank C. Damrell shall issue an amended scheduling order, as

2  needed.  All dates as set in Judge Kellison's scheduling order filed July 20, 2006, shall remain in

3  effect until such a time as the amended order is filed.

4         The hearing on the motion to dismiss filed by defendants Stefani and Fidelity

5  National Title Company of California, currently set for October 17, 2006, before the undersigned,

6  is hereby vacated.  The moving defendants are directed to contact Judge Damrell's chambers

7  regarding re-noticing the motion for hearing on his calendar.

8         IT IS SO ORDERED.

9

10  DATED:   August 30, 2006.

11

12                          **CRAIG M. KELLISON**

13                          UNITED STATES MAGISTRATE JUDGE